AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 23-MJ-00271 |
| EMMANUEL QUAMEY | ) |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Emmanual Quamey,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit money laundering, contrary to Title 18, United States Code, Section 1956(a)(l)(B)(i) and Title 18, United States Code, Section 1956(a)(2)(A). Title 18, United States Code, Sections 1956(h).

Date: 03/24/2023

*Vera M. Scanlon*
Issuing officer's signature

City and state:  Brooklyn, New York

Magistrate Judge Vera M. Scanlon
Printed name and title

### Return

This warrant was received on (date) 3/24/23, and the person was arrested on (date) 3/29/23
at (city and state)  Dulles, VA.

Date: 3/30/23

*[signature]*
Arresting officer's signature

Richard Greene  Special Agent
Printed name and title